

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

NO. 2-09-419-CV

IN RE WILLIAM COBB                                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and emergency motion to stay enforcement of temporary injunction and is of the opinion that relief should be denied.[2] Accordingly, relator's petition for writ of mandamus and emergency motion to stay are denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: LIVINGSTON, J.; CAYCE, C.J.; and DAUPHINOT, J.

DELIVERED: November 25, 2009

---

[1] *... See* Tex. R. App. P. 47.4.

[2] *... See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(4) (Vernon 2008); Tex. R. App. P. 28, 29; *In re Gorman*, 1 S.W.3d 894, 895 (Tex. App.—Fort Worth 1999, orig. proceeding).